IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CV-38-BO-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of CAROLINA MARINE STRUCTURES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| JOINT FORCES CONSTRUCTION, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Northern Division case. The Honorable Terrence W. Boyle, United States District Judge, will remain the presiding judge. **All future filings should reflect the new case number of 2:23-CV-14-BO-RJ.** No further filing shall be made in 4:23-CV-38-BO-RJ.

SO ORDERED. This 28th day of February, 2023.

/s/ Peter A. Moore, Jr.
Clerk of Court